United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 21, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** § | |
| § | CHAPTER 11 |
| Debtor. § | |
| § | |
| **CHRISTOPHER MURRAY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | ADVERSARY NO. 24-3117 |
| § | |
| **JETALL COMPANIES, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER CONTINUING ADVERSARY PROCEEDING

Upon consideration of the Agreed Motion to Abate Adversary Proceeding (ECF No. 26) filed by Defendant, Jetall Companies, Inc. (hereinafter "Jetall"), the status of the involuntary case styled *Jetall Companies, Inc.*, Case No. 24-35761, it is

**ORDERED** that the hearing on the pending motion for judgment on the pleadings (ECF No. 23) in this adversary is hereby continued to March 24, 2025 at 9:00 a.m. The response deadline is 5:00 p.m. on March 17, 2025. It is:

**FURTHER ORDERED** that this case is set for trial on April 18, 2025. One day is reserved for trial. The remaining requirements set forth in the Order Scheduling Trial (ECF No. 14) remain in effect.

SIGNED 01/21/2025

_____
Jeffrey Norman
United States Bankruptcy Judge