United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-34815 |
| **GALLERIA 2425 OWNER, LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **CHRISTOPHER MURRAY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3117 |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS, ABATING ADVERSARY PROCEEDING, UPSETTING TRIAL DATE AND SETTING STATUS CONFERENCE

This adversary proceeding was filed on June 3, 2024. On March 6, 2025, the defendant, Jetall Companies, Inc.'s Chapter 11 case was converted to a Chapter 7 bankruptcy case (Case No. 24-35761 at ECF No. 68). Based on this pending Chapter 7 case, this Court abates Adversary No. 24-3117 pending further order of this Court. The Court also denies the Defendant's Amended Rule 12(c) Motion for Judgment on the Pleadings (ECF No. 23) based on the conversion. The trial set for April 18, 2025, (ECF No. 27) is canceled. A status conference is set for March 3, 2026, at 11:00 a.m.

**THEREFORE, IT IS ORDERED** that Adversary No. 24-03117 is abated pending further order of this Court.

**IT IS FURTHER ORDERED** that the Amended Rule 12(c) Motion for Judgment on the Pleadings is denied without prejudice.

**IT IS FURTHER ORDERED** that the trial set for April 18, 2025, is canceled.

**IT IS FURTHER ORDERED** that a status conference is set for 11:00 a.m. on March 3, 2026 in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

Parties may seek appropriate relief by motion during the abatement.

SIGNED 03/17/2025

_____
Jeffrey Norman
United States Bankruptcy Judge